UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VASILIS SIDERATOS,**

    **Plaintiff,**

v.                                                                  Case No. 8:24-cv-2986-SDM-AAS

**DEPUTY AUSTIN RILL, et al.,**

    **Defendant.**
_____/

## ORDER

Plaintiff Vasilis Sideratos requests limited discovery to ascertain the name of Defendant John Doe Supervisor. (Docs. 18, 22). Defendants Sheriff Bob Gualtieri, in his official capacity as Sheriff of Pinellas County, Deputy Austin Rill, and Deputy Kelly Haedke oppose the request. (Doc. 29).

In the amended complaint, Mr. Sideratos alleges John Doe Supervisor is a supervising officer in the Pinellas County Sheriff's Office. (Doc. 32, ¶ 8). Mr. Sideratos also claims that, at the time of his traffic stop on June 18, 2023, John Doe Supervisor failed to intervene after being called to the scene by Deputies Rill and Haedke, despite clear knowledge of the alleged unlawful actions being carried out by Deputies Rill and Haedke. *(Id.).* According to Mr. Sideratos, John Doe Supervisor allegedly instructed Deputies Rill and Haedke: "It falls

1

under a Terry stop, If he takes it to court, we'll lose probable cause, Only make the arrest if you really want to." (*Id.* at ¶ 15).

Upon consideration of the foregoing, Mr. Sideratos's requests for limited discovery to ascertain the name of Defendant John Doe Supervisor (Docs. 18, 22) are **GRANTED**, as follows:

(1) Consistent with Rule 33 of the Federal Rules of Civil Procedure, Mr. Sideratos may serve one written interrogatory each on Defendants Sheriff Bob Gualtieri, in his official capacity as Sheriff of Pinellas County, Deputy Austin Rill, and Deputy Kelly Haedke by emailing the written interrogatories to their counsel of record, Mr. Jason Gordillo at jgordillo@pcsonet.com. Mr. Sideratos must specifically limit these written interrogatories to the issue of the identity of John Doe Supervisor.

(2) The deadline for Defendants Sheriff Bob Gualtieri, in his official capacity as Sheriff of Pinellas County, Deputy Austin Rill, and Deputy Kelly Haedke to respond to Mr. Sideratos's interrogatories authorized in Paragraph 1 is shortened from 30 days to 7 days.

(3) The interrogatories authorized in Paragraph 1 will not count against Mr. Sideratos's 25 written interrogatory limit in Rule 33 of the Federal Rules of Civil Procedure.

(4) Additionally, Mr. Sideratos's deadline to serve Defendant John Doe Supervisor is stayed pending the brief period of limited discovery authorized by this order.

(5) The Clerk is **DIRECTED** to email a copy of this order to [WhiteLotusEnterprise@outlook.com](mailto:WhiteLotusEnterprise@outlook.com).

**ORDERED** in Tampa, Florida on May 20, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge