UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASILIS SIDERATOS,

    Plaintiff,

v.                                          Case No. 8:24-cv-2986-SDM-AAS

DEPUTY AUSTIN
RILL, et al.,

    Defendant.
_____/

### ORDER

Plaintiff Vasilis Sideratos requests the court "clarify the record and correct mischaracterizations [. . .] regarding alleged violations of Local Rule 3.01(g)." (Doc. 50). Defendants respond in opposition. (Doc. 54).

It is unclear under what legal authority Mr. Sideratos makes this request. On July 11, 2025, the undersigned reminded Mr. Sideratos that *pro se* litigants, like lawyers practicing in the Middle District, must follow the Local Rules, including Local Rule 3.01(g). (Doc. 49, p. 2). Mr. Sideratos disputes the defendants' claim that he often fails to confer with the defendants and requests the court determine whether he violated the Local Rules on three filings (Docs. 26, 36, 44). The court has not denied any of Mr. Sideratos's motions for failure to follow Local Rule 3.01(g). Mr. Sideratos's request for the court to analyze

1

whether already-decided motions adhered to the Local Rules (they did not) is a waste of judicial resources. Mr. Sideratos's motion (Doc. 50) is **DENIED**.

    **ORDERED** in Tampa, Florida on July 25, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge