## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VASILIS SIDERATOS,

      Plaintiff,

v.                                     Case No. 8:24-cv-2986-SDM-AAS

DEPUTY AUSTIN
RILL, et al.,

      Defendants.

_____/

## <u>ORDER</u>

Plaintiff Vasilis Sideratos, who is currently incarcerated and proceeding pro se, moves the court to mail copies of various documents and filings to Mr. Sideratos. (Doc. 102).

A December 12, 2025, ordered dismissed this action with prejudice in accordance with Mr. Sideratos's Notice of Voluntary Dismissal with Prejudice. (Docs. 98, 100). Mr. Sideratos's motion indicates he intends to move to vacate the dismissal in an attempt to reopen the case. (Doc. 102). Mr. Sideratos requests the following documents:

- "The full complaint & docket for 8:24-cv-2986-SDM-AAS

- The related case for Rill & Headke

- The unserved complaint for Dr. Tarbox et al

1

- The newest case 8:26-cv-00852-JLB-NHA

- A print out of the [Federal Rules of Civil Procedure] & Local Rules as well as five (5) copies each of: IFP form, [and] civil cover sheet summons."

(*Id.*). Mr. Sideratos also requests the court mail him copies of "the related lower court case: A1KVF0E docket in its entirety." (*Id.*).

Mr. Sideratos may obtain a document filed in a case by sending a request for a copy of the document to the clerk's office with a self-addressed, stamped envelope and payment of $.50 a page.[1] The costs for copies or certified copies of a case are set by the Clerk as prescribed by the Judicial Conference of the United States. 28 U.S.C. § 1914(b); *see Jackson v. Fla. Dep't of Fin. Servs.*, 479 F. App'x 289, 292−93 (11th Cir. 2012) ("This Court has never held that a prisoner's right of access to the courts entitled a prisoner-plaintiff, even one proceeding in forma pauperis, to free copies of court documents, including his own pleadings."). Alternatively, if able, Mr. Sideratos may create a Public Access to Court Electronic Records (PACER) account and download documents through his account.[2]

---

[1] The address of the Tampa Clerk's Office is 801 North Florida Avenue Tampa, FL 33602.

[2] To sign up for a PACER account Mr. Sideratos may follow the steps on the PACER website: https://pacer.uscourts.gov

Accordingly, the motion for copies (Doc. 102) is **DENIED without prejudice**.

**ORDERED** in Tampa, Florida on July 16, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge